IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED OCT 2 6 2020 IN THIS OFFICE Clerk U.S. District Court Greensboro, N.C. By_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| JASON BLAKE NITSOS | : | 1:20CR 430 -1 |
| JASON SHUANG XU | : | 1:20CR 430 -2 |
| AMBER JANA JOHNSON | : | 1:20CR 430 -3 |

The Grand Jury charges:

From in or about 2017, continuing up to and including in or about 2019, the exact dates to the Grand Jurors unknown, in the County of Orange, in the Middle District of North Carolina, and elsewhere, JASON BLAKE NITSOS, JASON SHUANG XU, AMBER JANA JOHNSON, and divers other persons, known and unknown to the Grand Jurors, knowingly and intentionally did unlawfully conspire, combine, confederate, and agree together and with each other to commit offenses against the laws of the United States, that is:

To knowingly, intentionally, and unlawfully distribute quantities of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

DATED: October 26, 2020

MATTHEW G.T. MARTIN
United States Attorney

*Sandra J Hairston*
BY: SANDRA J. HAIRSTON
First Assistant
United States Attorney

A TRUE BILL:

_____
FOREPERSON